IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| HOLLYN D'LIL,<br><br>    Plaintiff,<br><br>  v.<br><br>BREAKERS INN, et al.,<br><br>    Defendants.<br>_____/ | No. C 13-03512 SBA<br><br>ORDER RE: COURT SUPERVISED MEDIATION |

    This case is referred to court-supervised mediation. Mediation shall occur within 90 days from the date of this order.

Dated: 2/19/2014

*Saundra B Armstrong*
SAUNDRA BROWN ARMSTRONG
United States District Judge

cc: ADR