UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| HOLLYN D'LIL<br><br>　　　　Plaintiff,<br><br>　vs.<br><br>BREAKERS INN, the dba for LENA LUMBER-PRICE; ERIC PRICE and DOES 1 through 10, inclusive,<br><br>　　　　Defendants. | Case No: C 13-3512 SBA<br><br>**ORDER DENYING PLAINTIFF'S SECOND MOTION FOR ADMINSTRATIVE RELIEF**<br><br>Dkt. 35 |

Plaintiff has filed an administrative motion requesting that the Court "schedule the case for trial at the next case management conference currently scheduled for January 20, 2015." Dkt. 35. At the Case Management Conference held on December 3, 2015, the Court indicated that it would enter a scheduling order at the forthcoming Case Management Conference in the event the case did not settle at the mediation scheduled for December 28, 2015. Dkt. 34. Accordingly, Plaintiff's administrative motion is DENIED as unnecessary.

IT IS SO ORDERED.

Dated: 12/28/15

　　　　　　　　　　　　　　　　　　*Saundra B Armstrong*
　　　　　　　　　　　　　　　　　　SAUNDRA BROWN ARMSTRONG
　　　　　　　　　　　　　　　　　　United States District Judge